**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Tracey E. Diamond, Esq.
Brian R. Ellixson, Esq.
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227
609.951.4235
Tracey.Diamond@troutman.com
Brian.Ellixson@troutman.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER TYSKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:24-cv-817 |
| v. | ) |
| | ) **ZIMMER BIOMET HOLDINGS, INC.** |
| ZIMMER BIOMET HOLDINGS, INC.; | ) **AND ZIMMER, INC.'S** |
| ZIMMER, INC.; MICHAEL JASPAN; | ) **FED. R. CIV. P. 7.1 CORPORATE** |
| ABC CORPORATIONS 1-5 (fictitious | ) **DISCLOSURE STATEMENT** |
| names describing presently unidentified | ) |
| business entities); and JOHN DOES 1-5 | ) |
| (fictitious names describing presently | ) |
| unidentified individuals), | ) State Docket No.: BUR-L-000224-24 |
| | ) |
| Defendants. | ) (filed electronically) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Zimmer Biomet Holdings, Inc. and Zimmer, Inc., by and through their undersigned counsel, hereby submit the following Corporate Disclosure Statement:

Zimmer, Inc. is a wholly-owned subsidiary of Zimmer Biomet Holdings, Inc., a holding company. Zimmer Biomet Holdings, Inc. is a publicly-held company. No publicly held corporation owns 10% or more of the stock of Zimmer Biomet Holdings, Inc.

Dated: February 12, 2024

/s/ Tracey E. Diamond
Tracey E. Diamond, Esq.
Brian R. Ellixson, Esq.
TROUTMAN PEPPER
HAMILTON SANDERS LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
609.951.4235
*Attorneys for Defendants Zimmer Biomet Holdings, Inc. and Zimmer, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, the foregoing was filed electronically. Zimmer Biomet Holdings, Inc. and Zimmer, Inc. will send notice of this filing to the below listed attorneys of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system. A copy was also served via U.S. mail to:

Matthew A. Luber, Esq.
Tyler J. Burrell, Esq.
McOmber McOmber & Luber, P.C.
50 Lake Center Drive, Suite 400
Marlton, NJ 08053

/s/ *Tracey E. Diamond*
Tracey E. Diamond, Esq.

157634723v2